**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: 5:22 CR 0664 |
| Plaintiff, ) | |
| ) | Judge Dan Aaron Polster |
| v. ) | |
| ) | |
| BRAULLO ELEUTRILLO-JIMENEZ, ) | |
| ) | **OPINION AND ORDER** |
| Defendant. ) | |

On May 17, 2024, Defendant Braullo Eleutrillo-Jimenez filed a Motion for Relief under 18 U.S.C. § 3582 requesting a reduction to the term of his sentence following an amendment to the sentencing provisions, which took effect on November 1, 2023.  ECF Doc. 52.  The Government filed a response in opposition on July 26, 2024.  ECF Doc. 59.  The Court gave Defendant until August 12, 2024 to file a reply, but he did not file one.  Thereafter, on or about November 27, 2024, Defendant completed his sentence and was released.  Because he has already been released, Defendant Braullo Eleutrillo-Jimenez's Motion for Sentence Reduction is hereby **DENIED**, as moot.

    IT IS SO ORDERED.

Dated: March 7, 2025                                            *s/Dan Aaron Polster*
                                                                            United States District Judge